# IN FORMA PAUPERIS DECLARATION

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES COURT OF APPEALS
[Appropriate Court]

FOR THE DISTRICT OF COLUMBIA

GERALD L. ROGERS,
(Petitioner)

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED

V.
UNITED STATES PAROLE COMMISSION

Case: 1:07-cv-00524
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: ROGERS V. US PAROLE COMMISSION

(Respondent(s))

*PAUPERIS*

I, GERALD L. ROGERS, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the cost of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes ☒ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _____

RECEIVED

FEB 12 (?)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes   ☒ No
   d. Gifts or inheritances?   ☒ Yes   ☐ No
   e. Any other sources?   ☐ Yes   ☒ No
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

   $800 from relatives

3. Do you own cash, or do you have money in a checking or savings account?

   ☐ Yes    ☒ No    (include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   ☐ Yes    ☒ No
   if the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

**NONE**

2

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.
Executed on: December 5, 2006 (date).

_____
Signature of Petitioner

I hereby certify that the petitioner herein has the sum of $ 13.38 on account to his credit at the FCI La Tuna institution where he is confined. I further certify that the petitioner likewise has the following securities to his credit according to the records of said: unknown institution: unknown

_____
Authorized Officer of Institution

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 12327086 | Current Institution: | La Tuna FCI |
| Inmate Name: | ROGERS, GERALD | Housing Unit: | 1 |
| Report Date: | 12/08/2006 | Living Quarters: | A02-222L |
| Report Time: | 3:33:11 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4291 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 2/25/2005 |
| Local Account Activation Date: | 3/8/2006 3:57:34 AM |
| Sort Codes: | |
| Last Account Update: | 12/3/2006 11:01:27 AM |
| Account Status: | Active |
| Phone Balance: | $5.28 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $13.38 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $13.38 |
| National 6 Months Deposits: | $415.69 |
| National 6 Months Withdrawals: | $404.13 |
| National 6 Months Avg Daily Balance: | $53.38 |
| Local Max. Balance - Prev. 30 Days: | $26.38 |
| Average Balance - Prev. 30 Days: | $15.11 |